UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TREVOR COOMBS, MARK GITTENS, and        Case No. 1:22-cv-03067-MKB-CLP
SANJER PANTRY and, *on behalf of themselves,*
*FLSA Collective Plaintiffs and the Class,*

                            Plaintiffs,

-against-

KA INVESTIGATIONS-SECURITY LLC
and KELVIN ALEXANDER,

                            Defendants.
-----------------------------------------------------------X

## NOTICE OF MOTION FOR DEFAULT JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(b)

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Default Judgement Pursuant to the Federal Rule of Civil Procedure 55(b) and the Declaration of Kayla S. Callahan, and the exhibits attached thereto, Plaintiffs respectfully move this Court, pursuant to the Federal Rule of Civil Procedure 55(b)(2), for Entry of Default Judgment against Defendant KA Investigations-Security:

   (1) Awarding Plaintiffs damages for unpaid minimum wage, unpaid overtime, unpaid spread-of-hours, statutory wage violations, liquidated damages, interest, attorney's costs and fees in the amount set forth in Plaintiff's Proposed Default Judgement attached to the Declaration of Kayla S. Callahan as Exhibit K; and

   (2) Awarding Plaintiffs' counsel attorney's fees and costs; and

   (3) Granting any other relief the Court deems just and proper.

Dated:    April 11, 2025
             New York, New York

Respectfully submitted,

**Akin & Salaman PLLC**

/s/ *Kayla S. Callahan*
_____
Kayla S. Callahan